UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F. BORDEN,<br><br>            Plaintiff,<br><br>     v.<br><br>GARY SWARTHOUT,<br><br>            Defendant. | No.  2:14-CV-01400-MCE-DMC<br><br>**ORDER** |

Defendant's Motion for Relief From Judgment (ECF No. 40) is DENIED.  No further filings will be entertained in this closed account and any such filings will be summarily STRICKEN.

IT IS SO ORDERED.

Dated:  April 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE