UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F. BORDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY SWARTHOUT,<br><br>        Defendant. | No.  2:14-CV-01400-MCE-DMC<br><br><br>**ORDER** |

      This case is on remand from the Ninth Circuit for the limited purpose of determining whether a certificate of appealability should issue.  ECF No. 53.  The Court hereby DECLINES to issue a certificate of appealability because Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the [this Court] was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

      IT IS SO ORDERED.

Dated:  May 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE